**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00308-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ALMA GALVEZ,

    Plaintiff,

v.

SHERRY BLEA,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff, Alma Galvez, currently resides in Thornton Colorado.  Ms. Galvez has submitted a Title VII Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order.  Ms. Galvez will be directed to cure the following if she wishes to pursue her claims.  Any papers that Ms. Galvez files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1) ___ is not submitted
(2) ___ is not on proper form (must use the Court's current form)
(3) ___ is missing original signature by Plaintiff
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) _X_ other: Plaintiff has failed to complete the form, specifically the information regarding employment.

**Complaint or Petition**:
- (9) __ is not submitted
- (10) __ is not on proper form (must use the Court's current form)
- (11) __ is missing an original signature by Plaintiff
- (12) __ is incomplete
- (13) __ uses et al. instead of listing all parties in caption
- (14) __ names in caption do not match names in text
- (15) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
- (16) X  other: Plaintiff has failed to provide any factual allegations in support of her first claim for relief, or alternatively, to attach a copy of the charge of discrimination she submitted to the Equal Employment Opportunity Commission.

Accordingly, it is

ORDERED that Ms. Galvez cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Ms. Galvez files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Ms. Galvez shall obtain the Court-approved forms used in filing a 28 U.S.C. § 1915 motion and affidavit and Title VII complaint, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Ms. Galvez fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED February 4, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge