IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00308-BNB

ALMA GALVEZ,

     Plaintiff,

v.

COLORADO ORTHOPEDICS CONSULTANTS,

     Defendant.

---

## ORDER DRAWING CASE

---

After review pursuant to 28 U.S.C. § 1915, the Court has determined that this case does not appear to be appropriate for summary dismissal and  should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.  *See* D.C.COLO.LCivR 40.1(a).  Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge and, if appropriate, to a **magistrate**  judge.

DATED June 3, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland       
United States Magistrate Judge